THIRD JUDICIAL DISTRICT
MARION COUNTY CIRCUIT COURT

23CR43209
ASTJ
Assignment – Trial Judge
17109437

**CRIMINAL CASE ASSIGNMENT NOTICE**

_Verified Correct Copy of Original 9/20/2023_

Case Number: 23CR43209

State of Oregon v. Samuel Troy Landis

**THIS CASE HAS BEEN ASSIGNED TO:**

| | |
|---|---|
| ☐ Judge Donald D. Abar (503) 584-7713 | ☐ Judge Thomas M. Hart (503) 584-7749 |
| ☐ Judge Sean E. Armstrong (503) 588-5026 | ☐ Judge Lindsay R. Partridge (503) 588-5028 |
| ☐ Judge Channing Bennett (503) 588-7950 | ☐ Judge Manuel Perez (503) 588-5020 |
| ☐ Judge Audrey J. Broyles (503) 588-5492 | ☒ Judge Tracy A. Prall (503) 588-5030 |
| ☐ Judge Jodie A. Bureta (503) 585-4939 | ☐ Judge Amy M. Queen (503) 588-5160 |
| ☐ Judge James C. Edmonds (503) 373-4303 | ☐ Judge Daniel J. Wren (503) 584-7765 |
| ☐ Judge Jennifer K. Gardiner (503) 373-4361 | ☐ Judge Natasha Zimmerman (503) 588-5020 |
| ☐ Judge Courtland Geyer (503) 373-4445 | |

STATE OF OREGON
Marion County Circuit Courts
SEP 20 2023
FILED

A status conference date has been set in this case with the assigned Judge

On the __18__ day of __OCT__, 20__23__, at __8:30__ am / pm at:

Marion County Courthouse - 100 High St NE, Salem, Oregon 97301

**Both parties, including the Defendant must appear at the status conference date as scheduled. Failure to appear may result in a Warrant of Arrest being issued.**

Dated this __20__ day of __Sept__, 20__23__.

_[signature]_
Signature of Defendant

Defendant's custodial status: ☒ out of custody  ☐ in custody (MCJ/Other _____)