**David R. Wilson, OSB #075610**
drwilson@co.marion.or.us
**Jessica B. Spooner, OSB #105919**
jspooner@co.marion.or.us
Marion County District Attorney's Office
555 Court St. NE, Suite 3250
PO Box 14500
Salem, OR 97309
Telephone: (503) 588-5222
Attorneys for the State of Oregon

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **STATE OF OREGON** | 6:23-CR-00330-MC |
| vs. | **NOTICE OF APPEARANCE** |
| **SAMUEL TROY LANDIS,** | |
| **Defendant.** | |

Marion County Deputy District Attorneys David R. Wilson and Jessica B. Spooner hereby make their appearance in the above-entitled case. Please include DDA Wilson and DDA Spooner as attorneys of record for the state in this case.

DDA Wilson's e-mail address is drwilson@co.marion.or.us.

DDA Spooner's email address is jspooner@co.marion.or.us.

DATED: February 14, 2024.

                                                  Respectfully submitted,

                                                  _/s/ Spooner_____
                                                  David R. Wilson, OSB #075610
                                                  Jessica B. Spooner, OSB #105919
                                                  Deputy District Attorneys