**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**MICHELLE KERIN**, OSB No. 965278
michelle@angelilaw.com
**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
**AMANDA A. THIBEAULT**, OSB No. 132913
amanda@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Samuel Troy Landis*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON<br><br>vs.<br><br>SAMUEL TROY LANDIS<br><br>Defendant. | Case No. 6:23-cr-00330-MC<br><br>**DEFENDANT'S EXHIBIT LIST** |

Defendant Samuel Landis hereby files this exhibit list in anticipation of the motion to dismiss hearing that is set for November 25, 2024. The first three exhibits were previously offered and admitted during the removal hearing. The defense requests leave to add additional exhibits if needed.

1. DEA Operation Plan for March 28, 2023 (Redacted)

2. DEA Policy on Government Vehicles

3. State Grand Jury Testimony (Day 1)

4. Demonstratives Regarding Fentanyl in Oregon

5. SA Landis' Training Records

6. Google Map with Locations

7. Demonstrative Map of Area of Surveillance

DATED this 18th day of November 2024.

Respectfully submitted,

*s/ Amy E. Potter*
**ANGELI LAW GROUP LLC**
DAVID H. ANGELI, OSB No. 020244
MICHELLE KERIN, OSB No. 965278
AMY E. POTTER, OSB No. 231794
AMANDA A. THIBEAULT, OSB No. 132913
*Attorneys for Defendant Samuel Troy Landis*