**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**MICHELLE KERIN**, OSB No. 965278
michelle@angelilaw.com
**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
**AMANDA A. THIBEAULT**, OSB No. 132913
amanda@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Samuel Troy Landis*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON<br><br>vs.<br><br>SAMUEL TROY LANDIS<br><br>Defendant. | Case No. 6:23-cr-00330-MC<br><br>**DEFENDANT'S WITNESS LIST** |

Defendant Samuel Landis hereby files this witness list in anticipation of the motion to dismiss hearing that is set for November 25, 2024. This list contains a summary of the anticipated testimony, and the time anticipated for their direct examination.

1. **ASAC Kenneth Wolters (40 minutes):** ASAC Wolters is currently the Assistant Special Agent in Charge of the Drug Enforcement Administration (DEA) in Oregon. Prior to that and at the time of the accident, he was the Resident Agent in Charge of the Salem, Oregon DEA Office.

He will testify about how DEA investigates drug trafficking crimes, how surveillance is conducted, DEA policies, and the impact of fentanyl in the Salem area. He can also testify generally about supervising the Salem DEA Task Force.

2. **Kevin McCarley (30 minutes)**: Kevin McCarley is with the Salem Police Department; he has been with Salem PD since 2002. He was a Salem DEA Task Force Officer (TFO) for approximately three years. He drafted the operation plan for the March 28, 2023, controlled buy and was part of the subsequent surveillance operation. He will testify about surveillance generally and the events of March 28, 2023, specifically

3. **DEA SA Adam Otte (35 minutes)**: SA Otte has been a DEA agent for approximately twenty years, is part of the Salem DEA Task Force, and was part of the surveillance operation on March 28, 2023. He will discuss surveillance generally, including the need to violate traffic laws to conduct effective surveillance, and the events of March 28, 2023, specifically.

4. **DEA SA Todd Hoagland (30 minutes)**: SA Hoagland is a DEA agent and part of the Salem DEA Task Force. He was part of the surveillance operation on March 28, 2023. He will discuss surveillance generally, including the need to violate traffic laws to conduct effective surveillance, and the events of March 28, 2023, specifically.

5. **DEA SA Jeffery Thomas (30 minutes):** SA Thomas is a DEA agent and part of the Salem DEA Task Force. He was part of the surveillance operation on March 28, 2023. He will discuss surveillance generally, including the need to violate traffic laws to conduct effective surveillance, and the events of March 28, 2023, specifically.

///

///

///

6. **SA Samuel Landis (90 minutes)**: SA Landis is a DEA agent. He will testify regarding the events of March 28, 2023.

DATED this 18th day of November 2024.

Respectfully submitted,

*s/ Amy E. Potter*
**ANGELI LAW GROUP LLC**
DAVID H. ANGELI, OSB No. 020244
MICHELLE KERIN, OSB No. 965278
AMY E. POTTER, OSB No. 231794
AMANDA A. THIBEAULT, OSB No. 132913
*Attorneys for Defendant Samuel Troy Landis*